UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOCIMA BARRAGAN,<br><br>        Plaintiff,<br><br>v.<br><br>LOUIS DE JOY,<br><br>        Defendant. | Case No.: 3:24-cv-01073-JES-DDL<br><br>**ORDER GRANTING MOTION TO ENTER PROOF OF SERVICE**<br><br>**[ECF No. 31]** |

  Plaintiff Zocima Barragan, proceeding pro se, brings this action against Defendant Louis De Joy as Postmaster General of the United States Postal Service ("USPS"), asserting allegations related to harassment arising from her employment with the USPS. ECF No. 1. Before the Court is a motion to enter proof of service. ECF No. 31. The Court is unsure what Plaintiff intends by her motion to enter proof of service, as a party does not need to file a motion to docket proof of service in a case. The Court assumes Plaintiff wants to docket the proof of service of the summons' attached to her motion and wants the Court to confirm whether she has properly served the Defendant in this case.

  Plaintiff previously filed several motions that the Court ruled upon. *See* ECF Nos. 20, 21, 24, 30. In its previous order issued on December 23, 2024, the Court, ruled that

1  Plaintiff had not performed proper service on Defendant and gave Plaintiff additional time
2  to properly effect service. ECF No. 30 at 2. The Court outlined the procedure that must be
3  followed to effectively serve Defendant. ECF No. 25 at 4-5 (citing Fed. R. Civ. P. 4(i)).

4        The Court will repeat the procedure here as Plaintiff has still not properly effectuated
5  service. Federal Rule of Civil Procedure 4 governs service of civil complaints in federal
6  court on the government and its agencies. Defendant Louis De Joy is the former Postmaster
7  General of the USPS, an officer or employee of the United States government. To serve
8  the United States governmental officer or employee being sued in an official capacity,
9  Plaintiff must serve three locations. Fed. R. Civ. P. 4(i)(1). Included is a link to the Court's
10 public website that contains the information for the three locations that must be served;
11 https://www.casd.uscourts.gov/_assets/pdf/attorney/prose/self-help/Service%20-
12 %20US%20Government%20One%20Pager.pdf. Plaintiff has provided proof of service of
13 Defendant Louis De Joy only thus far. Plaintiff has not served the United States Attorney
14 for the Southern District of California or the Attorney General of the United States. Plaintiff
15 must serve both of those entities at the addresses noted in the attached link pursuant to
16 Federal Rule of Civil Procedure 4(i)(1).

17       Notwithstanding the above, the Court **GRANTS** Plaintiff's motion to enter proof of
18 service of only Defendant Louis De Joy on the docket. After Plaintiff effectuates service
19 of the United States Attorney for the Southern District of California and the Attorney
20 General of the United States, Plaintiff needs to file the proof of service on the docket, she
21 does not need to file a motion to enter proof of service. The Court gives Plaintiff one final
22 opportunity to properly effect service. Plaintiff has **30 days** from the date of this Order to
23 serve the remaining entities in compliance with Federal Rule of Civil Procedure 4(i)(1).
24 Failure to properly serve Defendant within **30 days** will result in dismissal of this action.

25       The Clerk of Court is directed to separately docket pages 4-25 of Plaintiff's motion
26 executing service.

27 / / /
28 / / /

1 **IT IS SO ORDERED.**

2 Dated:  April 1, 2025

Honorable James E. Simmons Jr.
United States District Judge