UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOCIMA BARRAGAN,<br><br>                             Plaintiff,<br><br>v.<br><br>DAVID STEINER, in his official capacity as Postmaster General,[1]<br><br>                            Defendant. | Case No.: 3:24-cv-01073-JES-DDL<br><br>**ORDER DENYING MOTION TO FILE AN AMENDED COMPLAINT AS MOOT**<br><br>**[ECF No. 40]** |

      Before the Court is Plaintiff's Motion to file an amended complaint. ECF No. 40. Previously, the Court had granted Defendant's motion to dismiss Plaintiff's original complaint. ECF No. 39. In that order, filed on July 29, 2025, the Court granted Plaintiff 45 days from that date to file an amended complaint that "must contain specific causes of action, naming the specific constitutional right and/or federal statute Plaintiff alleges Defendant has violated." ECF No. 39 at 4. Pursuant to that order, Plaintiff does not need

---

[1] Plaintiff named Louis DeJoy, who was the Postmaster General when Plaintiff filed her Complaint on June 20, 2024, as a Defendant in this action. *See* ECF No. 1 at 1. Louis DeJoy resigned effective March 25, 2025, and Doug Tulino was appointed as Acting Postmaster General from March 25, 2025, to July 13, 2025. David Steiner was selected as Postmaster General on July 14, 2025.

leave of court to file an amended complaint and may just directly file the new complaint. Accordingly, the Court **DENIES** the motion to file an amended complaint as **MOOT**.

Plaintiff's motion includes a listing of various federal statutes, many of which are federal criminal statutes, which the Court has already cautioned Plaintiff that she, as a private citizen, has no standing to enforce federal criminal laws. ECF No. 39 at 4. Moreover, the document only contains a list of statutes, some with a factual description underneath and some without any description, and it is not titled an amended complaint nor does it list the parties Plaintiff wishes to sue. It is unclear to the Court whether Plaintiff intended for it to be the amended complaint she wishes to file.

Plaintiff's deadline to file an amended complaint based on the Court's prior order is September 12, 2025 and has not yet passed. Because Plaintiff is pro se, in order to take into account the time for her to receive this order, the Court will sua sponte grant her an additional week to file her amended complaint. Plaintiff must file her amended complaint by **September 17, 2025**. As the Court previously cautioned her, failure to file an amended complaint will result in dismissal of this case.

**IT IS SO ORDERED.**

Dated: September 11, 2025

_____
Honorable James E. Simmons Jr.
United States District Judge