# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOCIMA BARRAGAN,<br><br>                    Plaintiff,<br><br>v.<br><br>DAVID STEINER, in his official capacity as Postmaster General,[1]<br><br>                    Defendant. | Case No.: 3:24-cv-01073-JES-DDL<br><br>**ORDER REGARDING MOTION TO AMEND FILED COMPLAINT**<br><br>**[ECF No. 42]** |

Before the Court is Plaintiff's Motion to file an amended complaint. ECF No. 42. This is the second such motion Plaintiff has filed. *See* ECF No. 40. The Court denied as moot the first motion to file an amended complaint, explaining that per the Court's previous order (ECF No. 39), Plaintiff did not need to seek leave of court to file her amended complaint—she could just file it on the docket. ECF No. 41.

Now, in this present motion, Plaintiff again titles it as "motion to amend filed complaint," but the substance of the document at page 2 starts with the title "AMENDED

---

[1] Plaintiff named Louis DeJoy, who was the Postmaster General when Plaintiff filed her Complaint on June 20, 2024, as a Defendant in this action. *See* ECF No. 1 at 1. Louis DeJoy resigned effective March 25, 2025, and Doug Tulino was appointed as Acting Postmaster General from March 25, 2025, to July 13, 2025. David Steiner was selected as Postmaster General on July 14, 2025.

1

1  COMPLAINT." ECF No. 42 at 2-16. Thus, the Court construes this motion as an attempt
2  by Plaintiff to file the document as her actual amended complaint.
3     Accordingly, the Court **ORDERS** as follow. The "motion" at docket entry 42 shall
4  be refiled as Plaintiff's Amended Complaint. The amended complaint appears to add new
5  defendants. *Id.* at 7-8 (naming individuals in addition to the USPS as "defendants [in] this
6  case" and "people I want to sue"). Thus, the Court will add these entities as new defendants
7  in the case and **ORDERS** a new summons to be issued. The Court cautions Plaintiff that
8  she must serve the new defendants with the new Summons and Amended Complaint.
9     **IT IS SO ORDERED.**
10 Dated: September 18, 2025

Honorable James E. Simmons Jr.
United States District Judge