UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOCIMA BARRAGAN,<br><br>                              Plaintiff,<br><br>v.<br><br>DAVID STEINER, in his official capacity as Postmaster General,[1]<br><br>                              Defendant. | Case No.: 3:24-cv-01073-JES-DDL<br><br>**ORDER:**<br><br>**(1) DENYING PLAINTIFF'S MOTION FOR HEARING; and**<br><br>**(2) STAYING CASE**<br><br>**[ECF No. 48]** |

Before the Court is Plaintiff's motion for a hearing, in which Plaintiff essentially appears to be requesting a settlement conference with Defendant and the Court. ECF No. 48. In the motion, Plaintiff also requests that the Court take notice and review several documents. *Id.*

---

[1] Plaintiff named Louis DeJoy, who was the Postmaster General when Plaintiff filed her Complaint on June 20, 2024, as a Defendant in this action. *See* ECF No. 1 at 1. Louis DeJoy resigned effective March 25, 2025, and Doug Tulino was appointed as Acting Postmaster General from March 25, 2025, to July 13, 2025. David Steiner was selected as Postmaster General on July 14, 2025.

1

1    General Order 766 is currently in effect in this district which stays all civil matters that involve the United States or an agency thereof due to the lapse in appropriations that are currently impacting the Department of Justice and the United States Attorney's Office for the Southern District of California.  *See* General Order 766 (dated October 7, 2025). Accordingly, since this case involves the United States as a defendant, this case is **STAYED** pending a resolution on the lapse of appropriations.

Plaintiff's motion for a hearing is therefore **DENIED**.  The Court also notes that there is a pending motion to dismiss the complaint pending in this matter, currently set for hearing on November 12, 2025.  ECF No. 46.  Based on this hearing date, Plaintiff's opposition is due October 29, 2025 and Defendant's reply is due November 5, 2025. Plaintiff may still file her opposition by her deadline **October 29, 2025**.  However, Defendant's remaining briefing deadline and the hearing on the motion are also **STAYED**. Within 5 days of when appropriations are restored and the General Order stay lifted, the Court **ORDERS** Defendant to file a status report providing a proposed briefing schedule for the pending motion to dismiss.

**IT IS SO ORDERED.**

Dated: October 24, 2025

_____
Honorable James E. Simmons Jr.
United States District Judge